KEITH H.S. PECK           6825-0
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 384-7325
Facsimile: (808) 595-7146
E-Mail:     lawcenterhawaii@aol.com

Attorney for Plaintiffs-Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G.T., individually and on behalf of his minor child, T.T.,<br><br>    Plaintiffs-Appellants,<br><br>    vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>    Defendants-Appellees. | Civil No. 15-00348 SOM/KSC<br>(Other Civil Action)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

# STIPULATION OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff-Appellants G.T., and T.T., and Defendant-Appellees State of Hawaii, Department of Education and Kathryn Matayoshi in her official capacity as Superintendent of Hawaii Public Schools that the above-captioned action, as set forth in Plaintiff-Appellants' Complaint (Docket No. 1), is voluntarily dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(A)(ii).

DATED: Honolulu, Hawaii, April 18, 2016.

/s/ Keith Peck_____
KEITH H.S. PECK

Attorney for Plaintiffs-Appellants

/s/ Michelle M.L. Puu
MICHELLE M.L. PUU

Deputy Attorney General
Attorney for Defendant-Appellees


APPROVED AS TO FORM



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


G.T. v. State of Hawaii, et al., Civil No. 15-00348 SOM/KSC
**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**